WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-13-00504-01-PHX-SRB |
| | CR-16-01186-01-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Glendon Lee Wahpeta | |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on Petitions of Supervised Release were held on January 23, 2019.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 24th day of January, 2019.

Honorable John Z. Boyle
United States Magistrate Judge